# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-60899
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 28, 2020

Lyle W. Cayce
Clerk

MICHELE RENEE PEARSON,

Plaintiff - Appellant,

v.

GUIDEONE AMERICA INSURANCE COMPANY,

Defendant - Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CV-782

Before CLEMENT, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:*

Michele Pearson brought several claims against GuideOne America Insurance Company, including fraud and breach of contract. The district court granted defendant's motion to dismiss and entered judgment in defendant's favor. Ms. Pearson timely appealed.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-60899

After carefully reviewing the briefs, record, and applicable law, we affirm for essentially the reasons given by the district court in its November 8, 2019, order.

AFFIRMED.